IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRY LAMAR McCOY                                             PLAINTIFF

v.                      No. 4:20-cv-780-DPM

MARQUIS CREGGETT, Pine Bluff
Police Department; JEREMY OSWALT,
Detective, Pine Bluff Police Department;
S. KYLE HUNTER, Prosecuting Attorney,
Jefferson County; JOHN KEARNEY,
District Judge, Pine Bluff; and DOES                     DEFENDANTS

### ORDER

The time to reopen the case has passed. *Doc. 4.* The Court lifts the stay and will dismiss the case without prejudice for failure to prosecute.

So Ordered.

*(signed)* WPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

2 May 2023