IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRY LAMAR McCOY                                              PLAINTIFF

v.                          No. 4:20-cv-780-DPM

MARQUIS CREGGETT, Pine Bluff
Police Department; JEREMY OSWALT,
Detective, Pine Bluff Police Department;
S. KYLE HUNTER, Prosecuting Attorney,
Jefferson County; JOHN KEARNEY,
District Judge, Pine Bluff; and DOES                          DEFENDANTS

## JUDGMENT

McCoy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 May 2023